NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OMRAN HOLDING GROUP, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2018-1226

---

Appeal from the United States Court of Federal Claims in Nos. 1:16-cv-00446-MCW, 1:16-cv-00447-MCW, 1:16-cv-00448-MCW, Judge Mary Ellen Coster Williams.

---

**JUDGMENT**

---

ALEXA SANTORA, Fox Rothschild, LLP, Chicago, IL, argued for plaintiff-appellant. Also represented by DIRK DENSFORD HAIRE, KELSEY MARYHELEN O'BRIEN, Washington, DC.

P. DAVIS OLIVER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by ROBERT EDWARD KIRSCHMAN, JR., DOUGLAS K. MICKLE, CHAD A. READLER; JAMES D. STEPHENS, Middle East

District, United States Army Corps of Engineers, Winchester, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 8, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |